UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Weiss, Brian Gene
Hackl-Weiss, Alisa Mae

Debtor(s).

**SIGNATURE DECLARATION**

Case No. _____

_X_ PETITION, SCHEDULES & STATEMENTS
___ CHAPTER 13 PLAN
___ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
___ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
___ MODIFIED CHAPTER 13 PLAN
___ OTHER (Please describe:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 2/4/10

X _____
Signature of Debtor or Authorized Representative

Brian Gene Weiss
Printed Name of Debtor or Authorized Representative

X _____
Signature of Joint Debtor

Alisa Mae Hackl-Weiss
Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)