UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: Weiss, Brian Gene
Hackl-Weiss, Alisa Mae

Case No. _____

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

[XX] **Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] **Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  [ ] Debtor was not employed during the 60 days preceding the filing of the petition;

  [ ] Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed:

  [ ] Debtor was self-employed during the 60 days preceding the filing of the petition;

  [ ] Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor: _/s/_ Date: 2/4/10

*******************************************************************

[ ] **Joint Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[XX] **Joint Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  [X] Joint Debtor was not employed during the 60 days preceding the filing of the petition;

  [ ] Joint Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed:

  [ ] Joint Debtor was self-employed during the 60 days preceding the filing of the petition;

  [ ] Joint Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor: _/s/_ Date: 2/4/10

```
   1720DI 11/25/09                      Taxes:              Amount
   Earning:    Rate    Hours    Amount  FICA                132.41
   SalesSal19                 1,730.77  Federal              28.27
   SalesSal19                      .00  State                31.59
   Total Gross                1,730.77  Total Taxes         192.27
                                        Deductions:         Amount
                                        Car Parts       06     .00
                                        Levy Deducti    12  384.62
                                        Total Ded           384.62
                                        Net Pay           1,153.88

   24779 I 12/04/09                     Taxes:              Amount
   Earning:    Rate    Hours    Amount  FICA                 45.90
   SalesSal19                      .00  Federal                .00
   SalesBon20                   600.00  Total Taxes          45.90
   Total Gross                  600.00  Deductions:         Amount
                                        Car Parts       06     .00
                                        Levy Deducti    12     .00
                                        Net Pay             554.10

   1739DI 12/09/09                      Taxes:              Amount
   Earning:    Rate    Hours    Amount  FICA                132.41
   SalesSal19                 1,730.77  Federal              28.27
   SalesSal19                      .00  State                31.59
   Total Gross                1,730.77  Total Taxes         192.27
                                        Deductions:         Amount
                                        Car Parts       06     .00
                                        Levy Deducti    12     .00
                                        Net Pay           1,538.50

   1758DI 12/24/09                      Taxes:              Amount
   Earning:    Rate    Hours    Amount  FICA                132.41
   SalesSal19                 1,730.77  Federal              28.27
   SalesSal19                      .00  State                31.59
   Total Gross                1,730.77  Total Taxes         192.27
                                        Deductions:         Amount
                                        Car Parts       06     .00
                                        Levy Deducti    12     .00
                                        Net Pay           1,538.50

   1776DI  1/07/10                      Taxes:              Amount
   Earning:    Rate    Hours    Amount  FICA                132.41
   SalesSal19                 1,730.77  Federal              35.96
   SalesSal19                      .00  State                31.59
   Total Gross                1,730.77  Total Taxes         199.96
                                        Deductions:         Amount
                                        Car Parts       06     .00
                                        Levy Deducti    12     .00
                                        Net Pay           1,530.81
```

```
   1794DI    1/21/10                          Taxes:                Amount
  Earning:     Rate      Hours     Amount    FICA                   132.41
SalesSal19                       1,730.77    Federal                 35.96
SalesSal19                            .00    State                   31.59
Total Gross                      1,730.77    Total Taxes            199.96
                                             Deductions:            Amount
                                             Car Parts       06        .00
                                             Levy Deducti   12        .00
                                             Net Pay              1,530.81
```