Case Number **10–40804 – NCD**

# UNITED STATES BANKRUPTCY COURT
District of Minnesota

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 2/4/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brian Gene Weiss<br>asf Koronis Sports Apparel, Inc.<br>30268 Conita Circle<br>Paynesville, MN 56362 | Alisa Mae Hackl–Weiss<br>asf Koronis Sports Apparel, Inc., fka Alisa Mae Hackl<br>30268 Conita Circle<br>Paynesville, MN 56362 |
| Case Number:<br>10–40804 – NCD | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.:<br>xxx–xx–4614<br>xxx–xx–9250 |
| Attorney for Debtor(s) (name and address):<br>William Spooner<br>Frauenshuh & Spooner PA<br>113 Washburne Ave<br>Paynesville, MN 56362<br>Telephone number: 320–243–3748 | Bankruptcy Trustee (name and address):<br>Erik Ahlgren<br>Ahlgren Law Office<br>617 S Court St.<br>Fergus Falls, MN 56537<br>Telephone number: 218–998–2775 |

### Meeting of Creditors
Date: **March 4, 2010**                    Time: **12:30 PM**
Location: **Room 112, American Red Cross, 1301 W St Germain St, St Cloud, MN 56301**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 5/3/10**
**Certificate of Completion of Financial Management Course due: 4/19/10**
Credit Counseling and Debtor Education Information can be found at http://www.usdoj.gov/ust/eo/bapcpa/ccde/index.htm

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.
If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available for a fee through Pacer (http://pacer.psc.uscourts.gov) or at the Clerk's Office, 301 United States Courthouse, 300 South 4th Street, Minneapolis, MN 55415.
You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>301 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>Telephone number: (612)–664–5200 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Lori Vosejpka |
| Hours Open: Monday – Friday 8:00 AM – 5:00 PM | Date: 2/5/10 |

**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)

Update 9/08

**EXPLANATIONS** FORM B9A (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0864-4          User: grace                 Page 1 of 2                  Date Rcvd: Feb 05, 2010
Case: 10-40804                Form ID: b9a                Total Noticed: 38

The following entities were noticed by first class mail on Feb 07, 2010.
db/jdb    ++++BRIAN GENE WEISS,   ALISA MAE HACKL-WEISS,   30268 STATE HIGHWAY 23,   PAYNESVILLE MN 56362-4623
              (address filed with court: Brian Gene Weiss,   30268 Conita Circle,   Paynesville, MN 56362)
aty        +William Spooner,   Frauenshuh & Spooner PA,   113 Washburne Ave,   Paynesville, MN 56362-1640
tr         +Erik Ahlgren,   Ahlgren Law Office,   617 S Court St.,   Fergus Falls, MN 56537-2705
smg        +United States Attorney,   600 US Courthouse,   300 S 4th St,   Minneapolis, MN 55415-3070
58572328    AMERICAN FAMILY INSURANCE,   P.O. BOX 9462,   MINNEAPOLIS, MN 55440-9462
58572329   +APOLLO EMBLEMS,   17003 EVERGREEN PLACE,   INDUSTRY, CA 91745-1819
58572331    BANK OF THE WEST,   P.O. BOX 4116,   CONCORD, CA 94524-4116
58572332   +BENEFICIAL FINANCE,   P.O. BOX 3425,   BUFFALO, NY 14240-3425
58572333    CITI CARDS PAYMENT CENTER,   P.O. BOX 182149,   COLUMBUS, OH 43218-2149
58572335   +FARMERS & MERCHANTS STATE BANK,   125 JAMES ST. E.,   PAYNESVILLE, MN 56362-1614
58572336   +HACKL ENTERPRISES, INC.,   2833 LARUE FIELDS LANE,   SUN PRAIRIE, WI 53590-9267
58572339   +JAMES STREET INVESTMENT CLUB,   203 WASHBURNE AVE.,   PAYNESVILLE, MN 56362-4563
58572340   +JERRY HACKL,   C/O HACKL ENTERPRISES, INC.,   2833 LARUE FIELDS LANE,
             SUN PRAIRIE, WI 53590-9267
58572341   +JESSE WESTBY,   C/O HACKL TRANSPORTATION,   2833 LARUE FIELDS LANE,   SUN PRAIRIE, WI 53590-9267
58572342   +K1 SPORTSWEAR, INC.,   1309 AVENUE C,   CLOQUET, MN 55720-1611
58572343    LINDQUIST & VENNUM,   4200 IDS CENTER,   80 S. 8TH ST.,   MINNEAPOLIS, MN 55402-2274
58572344    MARK RIELAND,   1912 N.W. 128TH AVE.,   COON RAPIDS, MN 55448-7004
58572345   +MINNESOTA DEPARTMENT OF REVENUE,   P.O. BOX 64549,   ST. PAUL, MN 55164-0549
58572346   +NCO FINANCIAL SYSTEMS, INC.,   4740 BAXTER ROAD,   VIRGINIA BEACH, VA 23462-4484
58572347   +OFFICE OF STUDENT ACTIVITIES,   CONNECTICUT COLLEGE HOCKEY,   270 MOHEGAN AVE.,
             NEW LONDON, CT 06320-4150
58572349    PAYPAL BUYER CREDIT,   P.O. BOX 960080,   ORLANDO, FL 32896-0080
58572348   +PAYPAL BUYER CREDIT,   C/O NCO FINANCIAL SYSTEMS, INC.,   4740 BAXTER ROAD,
             VIRGINIA BEACH, VA 23462-4484
58572350   +PINNACLE FINANCIAL GROUP,   7825 WASHINGTON AVE. S., STE. 310,   MINNEAPOLIS, MN 55439-2424
58572351   +PLAID PRODUCTIONS,   1035 3RD ST. W.,   WABASHA, MN 55981-1018
58572352   +RAMBOW,   1000 RAMBOW PARKWAY,   NEW LONDON, MN 56273-4004
58572353    SALLIE MAE,   P.O. BOX 9500,   WILKES BARRE, PA 18773-9500
58572354   +THOMAS P. LOWE & ASSOCIATES, LLC,   P.O. BOX 1049,   BURNSVILLE, MN 55337-0049
58572355   +UNIFUND CCR PARTNERS,   C/O COMO LAW FIRM, P.A.,   P.O. BOX 130668,   ST. PAUL, MN 55113-0006
58572356   +VERIZON WIRELESS,   C/O UNITED COLLECTION BUREAU, INC.,   5620 SOUTHWYCK BLVD., STE. 206,
             TOLEDO, OH 43614-1501
58572357    WELLS FARGO BANK, NA,   P.O. BOX 95225,   ALBUQUERQUE, NM 87199-5225
58572358   +WELLS FARGO HOME MORTGAGE,   P.O. BOX 5296,   CAROL STREAM, IL 60197-5296
58572359   +WEST CENTRAL SANITATION,   P.O. BOX 796,   WILLMAR, MN 56201-0796

The following entities were noticed by electronic transmission on Feb 05, 2010.
tr         +EDI: BEAHLGREN.COM Feb 05 2010 17:53:00     Erik Ahlgren,   Ahlgren Law Office,   617 S Court St.,
             Fergus Falls, MN 56537-2705
smg        +EDI: MINNDEPREV.COM Feb 05 2010 17:53:00     Minnesota Department of Revenue,
             Bankruptcy Section,   PO BOX 64447,   St Paul, MN 55164-0447
ust        +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov                            US Trustee,
             1015 US Courthouse,   300 S 4th St,   Minneapolis, MN 55415-3070
58572330    EDI: BANKAMER.COM Feb 05 2010 17:53:00      BANK OF AMERICA,   P.O. BOX 15710,
             WILMINGTON, DE 19886-5710
58572334   +EDI: CCS.COM Feb 05 2010 17:53:00      CREDIT COLLECTION SERVICES,   TWO WELLS AVE., DEPT. AMFAM,
             NEWTON, MA 02459-3208
58572337   +EDI: IRS.COM Feb 05 2010 17:53:00      INTERNAL REVENUE SERVICE,   DEPARTMENT OF TREASURY,
             P.O. BOX 480, MAIL STOP 660,   HOLTSVILLE, NY 11742-0480
58572338   +EDI: IRS.COM Feb 05 2010 17:53:00      INTERNAL REVENUE SERVICE,   DEPARTMENT OF TREASURY,
             P.O. BOX 9941, STOP 5300,   OGDEN, UT 84409-0941
58572350   +EDI: PINNACLE.COM Feb 05 2010 17:53:00      PINNACLE FINANCIAL GROUP,
             7825 WASHINGTON AVE. S., STE. 310,   MINNEAPOLIS, MN 55439-2424
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*       +US Trustee,   1015 US Courthouse,   300 S 4th St,   Minneapolis, MN 55415-3070
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0864-4          User: grace              Page 2 of 2              Date Rcvd: Feb 05, 2010
Case: 10-40804                Form ID: b9a             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 07, 2010**                          **Signature:**   _/s/ Joseph Speetjens_