**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MINNESOTA**
**MINNEAPOLIS DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| BRIAN GENE WEISS and | ) | Case No. 4-10-bk-40804 |
| ALISA MAE HACKL-WEISS, | ) | |
|   Debtor(s) | ) | BANKRUPTCY JUDGE |
| | ) | NANCY C DREHER |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORP.**
**FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P.  2002(g)**

PLEASE TAKE NOTICE that Recovery Management Systems Corporation ("Recovery Management"), as authorized agent for GE Money Bank (PayPal Buyer Credit [Last four digit of account:2505]), a creditor in the above-captioned chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    GE Money Bank
    c/o Recovery Management Systems Corp.
    25 SE 2nd Avenue, Suite 1120
    Miami, FL 33131-1605
    Attn: Ramesh Singh
    Telephone: (305) 379-7674
    Facsimile: (305) 374-8113
    E-mail: claims@recoverycorp.com

Dated: Miami, Florida
February 15, 2010

                      By: /s/ Ramesh Singh

                      Ramesh Singh
                      c/o Recovery Management Systems Corp.
                      Financial Controller
                      25 SE 2nd Avenue, Suite 1120
                      Miami, FL 33131-1605
                      (305) 379-7674

Assignee Creditor: PayPal Buyer Credit [Last four digit of account:2505]

# CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2010, a copy of the foregoing Request For Service of Notices was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

WILLIAM SPOONER
Counsel for BRIAN GENE WEISS

ERIK AHLGREN, Trustee

US Trustee

By: /s/ Ramesh Singh