**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Brian Gene Weiss
Alisa Mae Hackl–Weiss

Case No: 10–40804 – NCD

Debtor(s)

Chapter 7 Case

To: Attorney for the Debtor(s):

William Spooner
Frauenshuh & Spooner PA
113 Washburne Ave
Paynesville, MN 56362

You are notified that in the above proceeding the notice of Meeting of Creditors and related matters mailed by this office to

MINNESOTA DEPARTMENT OF REVENUE

has been returned undeliverable as addressed.

A failure to properly schedule a creditor, unless he or she can be proved to have actual knowledge of the case, may prevent discharge of an otherwise dischargeable debt. See 11 U.S.C. 523(a)(3).

It is suggested the creditor may be put on actual notice by a timely and correctly addressed letter sent by you to the creditor enclosing a copy of the notice.

The creditor's correct address should be added to the Court's database. Select Add to matrix from the Post–Petition Events category, then Enter individual creditors. Debtors not represented by an attorney should file a copy of the letter with the Court.

Dated: 2/18/10

Lori Vosejpka
Clerk, United States Bankruptcy Court

Enclosure(s)

By: kathy
Deputy Clerk

**mnbrtnml** 03/03/2005 – kb